EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
DAVID PINCHAS (Cal. Bar No. 130751)
Assistant United States Attorney
Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2920
    Facsimile: (213) 894-7819
    E-mail: e-mail@usdoj.gov

Attorneys for Defendant
United States of America

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| GRAZYNA WITAK,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. CV 16-317 MWF (AFMx)<br><br>ORDER GRANTING STIPULATION FOR COMPROMISE SETTLEMENT AND DISMISSAL OF PLAINTIFF'S FIRST AMENDED COMPLAINT AND ACTION WITH PREJUDICE |

Pursuant to the parties' Stipulation for Pursuant to the parties' Stipulation for Compromise Settlement and Dismissal, IT IS HEREBY ORDERED:

    1. Plaintiff's First Amended Complaint for Damages and action are dismissed with prejudice in their entirety;

    2. Each party shall bear her or its own costs, expenses and attorney's fees; and

    3. All Doe defendants are hereby dismissed with prejudice.

Dated: April 28, 2017

                                        _____
                                        UNITED STATES DISTRICT JUDGE

1